H. BENNETT SALOMON, Appellant, *v.* ROBERT F. MAHONEY, Respondent.

Argued October 8, 1947; decided October 17, 1947.

*Sidney S. Levine* for appellant.
*Menahem Stim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.